IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Vannatta, Gregory Alan | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO. 16-03321-MJC |

## ORDER

Upon consideration of the Debtor's Motion to Reopen the above Chapter 13 Bankruptcy Case, it is hereby **ORDERED** that the case is re-opened.

Dated: December 15, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)