## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

_____

**NO. 5:16-bk-03321-MJC**

 **IN RE:**

**GREGORY ALAN VANNATTA,**
     Debtor

**CHAPTER 13**

_____

**GREGORY ALAN VANNATTA, Movant**

  v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY, Respondent**

_____

### ORDER

   Upon consideration of the above-captioned Movant and Respondent's Stipulation in the instant case, **IT IS HEREBY ORDERED** that the Stipulation, Doc. # 120,  is APPROVED.

Dated:  January 7, 2022

    By the Court,

_____

Mark J. Conway, Bankruptcy Judge  (CN)